IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03381-RM-KLM

JANET AGARDY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FAMILY DOLLAR STORES, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Stay Discovery Deadlines and Postpone Court Hearings for 60 Days** [#46] (the "Motion"). The Motion [#46] asserts that the Parties have reached a settlement in principle to resolve this Action and all related actions on a classwide basis, and seeks entry of a stay to negotiate the details of the settlement and prepare papers and other filings.

    IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED**. The discovery deadlines are **STAYED** for 60 days from this Order, through and including **February 22, 2021**. Also, all court hearings will be postponed for this 60 day period.

    IT IS FURTHER **ORDERED** that on or before **February 22, 2021**, the parties shall file dismissal papers or a status report.

    Dated: December 23, 2020